# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE NIETO, JR., ) | 1:10-cv-01397 AWI GSA |
| Plaintiff, ) | |
| v. ) | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| DRAKE HODGE, Clovis Police officer, CLOVIS POLICE DEPARTMENT, and COUNTY OF FRESNO, ) | |
| Defendants. ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to Title 42 of the United States Code section 1983.[1]  Plaintiff has not paid the $350.00 filing fee, nor has he

---

[1] Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

1  submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States
2  Code section 1915.[2]

3      Accordingly, IT IS HEREBY ORDERED that:

4      Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the
5  attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he
6  shall pay the $350.00 filing fee for this action.  **No requests for extension will be granted**
7  **without a showing of good cause**.  If Plaintiff elects to submit the application to proceed in
8  forma pauperis, within sixty (60) days of the date of service of this order, Plaintiff shall submit a
9  certified copy of his prison or jail trust statement for the six-month period immediately preceding
10 the filing of the complaint.

11     **Failure to comply with this order will result in a recommendation that this action be**
12 **dismissed.**

13     IT IS SO ORDERED.

14     Dated:  **August 9, 2010**                /s/ **Gary S. Austin**
15                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff did request the filing fee be waived in the body of his complaint filed August 4, 2010, however, the request is insufficient and an application is required.

2