1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   LUPE NIETO, JR.,                        Case No.: 1:10-cv-01397-AWI-JLT (PC)
12                                           ORDER ADOPTING THE MAGISTRATE
                    Plaintiff,               JUDGE'S FINDINGS AND
13                                           RECOMMENDATIONS DISMISSING
          vs.                                PLAINTIFF'S  EIGHTH AMENDMENT
14                                           CLAIM AND DEFENDANTS CITY OF
     DRAKE HODGE, et al.,                    CLOVIS, COUNTY OF FRESNO, AND
15                                           DOES 1-20, INCLUSIVE
16                  Defendants.
17   _____/

18        Lupe Nieto, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a

19   civil rights action pursuant to 42 U.S.C. § 1983.  The Magistrate Judge screened Plaintiff's Amended

20   Complaint pursuant to 28 U.S.C. §1915A, and found that it states cognizable claims against

21   defendant Drake Hodge on Fourth and Fourteenth Amendment grounds related to the use of

22   excessive force, but Plaintiff failed to state claims against other defendants.  Therefore, the

23   Magistrate Judge ordered Plaintiff to either file an amended complaint or notify the Court that he

24   wished to proceed only on the claims found to be cognizable.  (Doc. 10).

25        On December 6, 2010, Plaintiff notified the Court that he does not wish to amend his

26   complaint, and Plaintiff is willing to proceed only on the cognizable claim within his Amended

27   Complaint identified by the Court in its Order.  (Doc. 11).  Therefore, the Magistrate Judge

28   recommended that (1) Plaintiff's claim for a violation of his Eighth Amendment right to freedom

                                            1

1   from cruel and unusual punishment be dismissed; and (2) defendants City of Clovis, County of

2   Fresno, and "Does 1-20, inclusive" be dismissed from the action.  (Doc. 12).

3          In accordance  with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley*

4   *United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of

5   the case.  Having carefully reviewed the entire file, the Court finds that the findings and

6   recommendation are supported by the record and by proper analysis.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.      The Findings and Recommendations filed December 15, 2010, are **ADOPTED IN**

9                  **FULL**;

10         2.      Plaintiff's claim for a violation of his Eighth Amendment right from cruel and

11                 unusual punishment is DISMISSED;

12         4.      Defendants City of Clovis, County of Fresno, and "Does 1-20, inclusive" are

13                 DISMISSED.

14

15  IT IS SO ORDERED.

16
    Dated:    January 18, 2011

17                                                  CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28