## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE NIETO JR., | Case No.: 1:10-cv-01397 AWI JLT |
| Plaintiff, | ORDER RECLASSIFYING MATTER AS A PRISONER ACTION |
| v. | |
| DRAKE HODGE et al., | |
| Defendant. | |

Lupe Nieto, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983 against, Drake Hodge, the sole remaining defendant.

According to Local Rule 101, "Prisoner Actions" are ones in which the plaintiff is a person in custody who is seeking ". . . any relief authorized by 42 U.S.C. § 1981 et seq . . ." Thus, though this matter has been treated as a "prisoner action" since its inception, it has been classified as a "civil" action. As a result, routinely generated orders, such as discovery and scheduling orders, etc., have not yet issued.

///

///

///

Therefore, the Court **ORDERS** this matter SHALL be reclassified as a prisoner action.

IT IS SO ORDERED.

Dated: **May 23, 2012**              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE